IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY ROGERS, #N34139, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cv-938-NJR |
| | ) |
| VIPIN K. SHAH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

**ROSENSTENGEL, Chief Judge:**

This case was opened on May 4, 2022, without the payment of a filing fee or the filing of a Motion for Leave to Proceed Without Prepaying Fees or Costs ("IFP Motion"). That same day, Plaintiff was ordered to pay the filing fee of $402.00 or to file an IFP Motion within 30 days and was warned that failure to do so would result in dismissal of the case. He was also provided with a blank IFP Motion. (Doc. 2). To date, Plaintiff has not filed for IFP or paid the $402.00 filing fee.

Accordingly, this action is **DISMISSED without prejudice** for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

Plaintiff's obligation to pay the $402.00 filing fee was incurred at the time the action was filed. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). Therefore, the agency having custody of Plaintiff is **DIRECTED** to remit the $402.00 filing fee from his prison trust fund account if such funds are available. If he does not have

$402.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $402.00 is paid in its entirety.

The agency having custody of Plaintiff shall forward payments from his account to the Clerk of Court each time his account exceeds $10.00 until the $402.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Lawrence Correctional Center *upon entry of this Order*.

**IT IS SO ORDERED.**

DATED:  June 13, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**